**FILED: 7/07/14**

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Josefa Paredes,* <br>       **Plaintiff,** <br>     v. <br> *Wells Fargo Home Mortgage,* <br>       **Defendant.** | CASE NO. ED CV 14-1038-GHK (MRWx) <br><br> **JUDGMENT** |

Pursuant to the Court's July 7, 2014 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims against Defendant Wells Fargo Home Mortgage are **DISMISSED with prejudice**. Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: July 7, 2014

_____
GEORGE H. KING
Chief United States District Judge